**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2164
_____

DENNIS A. GIVENS,

             Plaintiff - Appellant,

      v.

REBECCA RANDOLPH; MAIN STREET FINANCIAL SERVICES CORPORATION
(Holding Co. for) Main Street Bank; KEITH C. GAMBLE; PULLIN,
FOWLER, FLANAGAN, BROWN & POE, PLLC, individually, and
collectively,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:10-cv-00026-FPS-JSK)

_____

Submitted:  February 28, 2011          Decided:  March 4, 2011

_____

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dennis A. Givens, Appellant Pro Se.  Keith C. Gamble, PULLIN,
FOWLER, FLANAGAN, BROWN & POE, PLLC, Morgantown, West Virginia;
Stephen Mark Fowler, PULLIN, FOWLER, FLANAGAN, BROWN & POE,
PLLC, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis A. Givens appeals the district court's order denying his motion for sanctions pursuant to Federal Rule of Civil Procedure 11. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Givens v. Randolph, No. 5:10-cv-00026-FBS-JSK (N.D.W. Va. Aug. 12, 2010 & Sept. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2